STAN S. MALLISON (SBN 184191)
    StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (SBN 206336)
    HectorM@TheMMLawFirm.com
DANIEL C. KELLER (SBN 332576)
    Dkeller@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA  94612
Telephone:  (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiff GLENN FITE

Jennifer C. Terry (SBN 200541)
Jennifer.terry@reedsmith.com
Mona A. Razani (SBN 312234)
mrazani@reedsmith.com
Corrie J. Buck (SBN 327498)
cbuck@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA 90071
Phone: 213.457.8183

Attorneys for Defendant
SYSCO SACRAMENTO, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLENN FITE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SYSCO SACRAMENTO, INC., a Delaware Corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 2:21-CV-01633-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF**<br><br>*Before the Honorable Troy L. Nunley*<br><br>Complaint Filed:  September 10, 2021<br>Trial Date:  None Set |

The Parties, on the one hand, Plaintiff Glenn Fite ("Plaintiff"), and on the other, Defendant Sysco Sacramento, Inc., ("Defendant"), by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS Plaintiff filed this action on September 10, 2021 [Dkt. No. 1];

WHEREAS this Court issued an Initial Pretrial Scheduling Order ("Scheduling Order") on September 13, 2021 [Dkt. No. 3];

WHEREAS the Scheduling Order provided that "All discovery, with the exception of expert discovery, shall be completed no later than two hundred forty (240) days from the date which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure."

WHEREAS Defendant, with leave of Court, filed a First Amended Answer on July 20, 2022 [Dkt. No. 18];

WHEREAS the current discovery cutoff, based on the filing of Defendant's First Amended Answer, is March 17, 2023;

WHEREAS the parties wish to extend that cutoff by 90 days, to June 15, 2023;

WHEREAS this is a complex, class action case for which Plaintiff will seek, and Defendant will oppose, certification under Rule 23 of the Federal Rules of Civil Procedure;

WHERAS, the parties are concerned that the current discovery cutoff of March 17, 2023 does not provide adequate time to conduct sufficient discovery into the class certification issue necessary for each side to support/oppose Plaintiffs' forthcoming motion. Such discovery is estimated to consist of, e.g., voluminous production of paper and electronic documents and records, surveys/depositions of Plaintiff, Defendant, and/or putative class members, and expert analysis of the evidence. Thus, good cause exists for the relief sought through this stipulation.

WHEREFORE, IT IS HEREBY AGREED, BY AND BETWEEN THE PARTIES HERETO, that the current discovery cutoff of March 17, 2022 be extended to June 15, 2023.

| | |
|---|---|
| Dated: August 10, 2022 | MALLISON & MARTINEZ<br>Attorneys for Plaintiffs |
| | |
| | By:/s/ Stan. S. Mallison_____ |
| | Stan Mallison<br>Hector Martinez<br>Dan Keller |
| | |
| Dated: August 10, 2022 | REED SMITH LLP<br>Attorneys for Defendant |
| | |
| | By:/s/ Mona A. Razani_____ |
| | Jennifer C. Terry<br>Mona A. Razani<br>Corrie Buck<br>*(Authorized to sign on August 10, 2022)* |

## **ORDER**

The Court, having read and considered the Parties' foregoing stipulation, and good cause appearing, it is hereby ORDERED as follows:

The current discovery cutoff of March 17, 2023 is hereby extended to June 15, 2023.

IT IS SO ORDERED.

Dated: August 12, 2022

Troy L. Nunley
United States District Judge