UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN FITE, | No.  2:21-cv-01633 DAD AC |
| Plaintiff, | |
| v. | ORDER |
| SYSCO SACRAMENTO, INC., | |
| Defendant. | |

    Pending before the court is plaintiff's motion to compel.  ECF No. 23.  The motion is currently set for hearing on the papers on October 19, 2022, before the undersigned.  ECF No. 24.  This discovery dispute was referred to the undersigned pursuant to E.D. Cal. R. ("Local Rule") 302(c)(1).

    Local Rule 251(b) establishes requirements for any party bringing a motion pursuant to Federal Rules of Civil Procedure 26 through 37, including the requirement that the parties meet and confer and file a joint discovery statement.  Here, though the parties have engaged in some meet and confer efforts and did file a joint statement, it is clear from the briefing that the issues presented to the court could be narrowed with additional time spent on meet and confer efforts.  In the interest of justice and judicial economy, the court orders the parties to engage in further meet and confer efforts, complete any agreed production of documents, and file a new joint statement.

For the reasons set forth above, IT IS HEREBY ORDERED that:

1. The October 19, 2022 hearing on plaintiff's motion to compel is VACATED.
2. The parties are ORDERED to engage in additional meet and confer efforts and produce any agreed upon documents by November 9, 2022.
3. Plaintiff shall give defendant a revised joint statement draft for its contributions by November 16, 2022.
4. Defendant shall return the edited draft to plaintiff by November 23, 2022.
5. A revised joint statement and any accompanying documents and declarations shall be filed with the court by November 30, 2022 and shall be considered ripe for hearing on the papers on December 7, 2022.
6. The revised joint statement and associated declarations/attachments shall be self-contained, the court will not refer to previously filed briefing.

IT IS SO ORDERED.

DATE: October 18, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE