UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN FITE, | No. 2:21-cv-01633 DAD AC |
| Plaintiff, | |
| v. | ORDER |
| SYSCO SACRAMENTO, INC., | |
| Defendant. | |

     Pending before the court is plaintiff's motion to compel. ECF No. 23. This discovery dispute was referred to the undersigned pursuant to E.D. Cal. R. ("Local Rule") 302(c)(1). The motion was initially set for hearing on the papers on October 19, 2022, before the undersigned. ECF No. 24. On October 19, 2022, the court vacated the hearing and ordered the parties to engage in additional meet and confer efforts, as it was clear from the joint statement that the meet and confer process had not been exhausted. ECF No. 29. The parties filed a revised joint statement on November 30, 2022. ECF No. 32. On December 6, 2022, defendant filed a motion for judgment on the pleadings. ECF No. 33. That motion is set to be heard before the District Judge on January 17, 2023.

     This is a putative class action alleging a single claim for relief: Violation of Unfair Competition Law, California Business & Professions Code §§ 17200, *et seq*. ECF No. 1 at 10. The discovery cutoff is currently set for June 15, 2023. ECF No. 20. At issue in the pending

1

motion for judgment on the pleadings are several matters that directly impact the scope of discovery, including plaintiff's standing and the scope of the putative class.  ECF No. 33 at 10-11.  In light of the procedural posture of this case, the court has determined that it would be premature to rule on the pending discovery motion at this time.

In the interest of judicial economy, the motion to compel (ECF No. 23) is DENIED without prejudice to re-filing after a ruling has been issued on the pending motion for judgment on the pleadings.  The parties are ORDERED to meet and confer following a ruling on the pending motion for judgment on the pleadings to determine whether a new motion to compel is necessary.

IT IS SO ORDERED.

DATED: December 9, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2