UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN FITE, | No. 2:21-cv-01633 DJC AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SYSCO SACRAMENTO, INC., | |
| Defendant. | |

    Pending before the court is plaintiff's motion to compel. ECF No. 48. This discovery dispute was referred to the undersigned pursuant to E.D. Cal. R. ("Local Rule") 302(c)(1). The matter was taken under submission. ECF No. 49.

    Local Rule 251(b) establishes requirements for any party bringing a motion pursuant to Federal Rules of Civil Procedure 26 through 37, including the requirement that the parties meet and confer and file a joint discovery statement. Here, no joint discovery statement has been filed. Additionally, there is no indication that the parties have met and conferred regarding the instant dispute. Plaintiff improperly filed an independent brief with his motion, in violation of the local rules. ECF No. 48-1. Defendant filed an independent statement as well, noting that plaintiff's unrepentant filing was improper, and also asserting that it has produced everything at issue in the motion, rendering the motion moot. ECF No. 53. Defendant filed this statement on May 10,

1  2023, and plaintiff has not filed any response.  Plaintiff's failure to comply with the Local Rules
2  aside, and in the absence of any response from plaintiff, it appears that defendant is correct that
3  the motion to compel is moot.  Plaintiff's motion at ECF No. 48 is therefore DENIED.
4        IT IS SO ORDERED.
5  DATED: June 2, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE