Stan S. Mallison (SBN 184191)
  StanM@TheMMLawFirm.com
Hector R. Martinez (SBN 206336)
  HectorM@TheMMLawFirm.com
Daniel C. Keller (SBN 332576)
  Dkeller@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA  94612
Telephone:  (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiff GLENN FITE

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN FITE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SYSCO SACRAMENTO, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-CV-01633-DJC-AC<br><br>**JOINT STIPULATION IN SUPPORT OF PRODUCTION OF POTENTIAL CLASS LIST; ORDER**<br><br>Complaint Filed:  September 10, 2021<br>SAC Filed:  February 13, 2023<br>Trial Date:  None Set<br><br>Before the Honorable Daniel J. Calabretta |

CASE NO. 2:21-CV-01633 DJC-AC
FITE V. SYSCO SACRAMENTO, INC.

1

JOINT STIPULATION IN SUPPORT OF
PRODUCTION OF POTENTIAL CLASS LIST

1  Jennifer C. Terry (SBN 200541)
      Jennifer.terry@reedsmith.com
2  Brittany M. Hernandez (SBN 299044)
      bmhernandez@reedsmith.com
3  Armine Antonyan (SBN 327220)
      aantonyan@reedsmith.com
4  REED SMITH LLP
5  355 South Grand Ave
   Suite 2800
6  Los Angeles, CA 90071
   Telephone: +1 213 457 8000
7  Facsimile: +1 213 457 8080

8  Attorneys for Defendant
   SYSCO SACRAMENTO, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

CASE NO. 2:21-CV-01633 DJC-AC
FITE V. SYSCO SACRAMENTO, INC.

2

JOINT STIPULATION IN SUPPORT OF
PRODUCTION OF POTENTIAL CLASS LIST

Plaintiff Glenn Fite ("Plaintiff") and Defendant Sysco Sacramento, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby enter into the below stipulation with reference to the following facts:

WHEREAS, on September 10, 2021, Plaintiff filed a putative class action complaint ("Complaint") against Defendants for violation of the Business & Professions Code Section 17200 ("UCL");

WHEREAS, on February 13, 2023, Plaintiff filed the operative Second Amended Complaint ("SAC") [Dkt. No. 44], pursuant to the Court's Order [Dkt. No. 43] and the Parties' prior stipulation [Dkt. No. 42];

WHEREAS, Plaintiff propounded written discovery seeking the identification and contact information of all non-exempt persons who are employed or have been employed by Defendant in the State of California at any time from September 10, 2017 to the present;

WHEREAS, Defendant objected to such request and interrogatories on the basis of privacy as to all alleged putative class members;

WHEREAS, in an effort to balance the interests of both sides, Plaintiff and Defendant agree to use an opt-out procedure for all current and former non-exempt warehouse order selectors (excluding delivery drivers) who were employed by Defendant in the State of California during the applicable class period, to determine which names, last known home addresses, telephone numbers, and email addresses, of potential putative class members will be provided by Defendant to a third party administrator who will provide said information regarding those individuals who do not opt-out of having their contact information disclosed to Plaintiff's counsel.

**<u>STIPULATION</u>**

1. Defendant will produce the Potential Class List to a neutral third party administrator within fifteen (15) days after the Order is signed by the Court (for the purposes of this stipulation, the term "Potential Class List" means a list containing the full names, last known home addresses, telephone numbers, and email addresses of all current and former non-exempt warehouse order selectors (excluding delivery drivers) who were employed by Defendant in the State of California at any time from September 10, 2017 to the present.   Within thirty (30) days after the Court signs the below Order, the neutral third party administrator shall mail an opt-out notice ("*Belaire* Notice") and

CASE NO. 2:21-CV-01633 DJC-AC
FITE V. SYSCO SACRAMENTO, INC.

3

JOINT STIPULATION IN SUPPORT OF
PRODUCTION OF POTENTIAL CLASS LIST

postcard to persons on the Potential Class List informing them of their right to opt-out of disclosing their identities and contact information to Plaintiff, attached hereto as Exhibit A. The neutral third party administrator shall use reasonable and customary skip-tracing efforts to ensure delivery of the opt-out notice and postcards that are returned as undeliverable.  The parties agree to use Phoenix Class Action Administration Solutions as the neutral third party administrator.

2. The persons on the Potential Class List shall have thirty (30) calendar days from the date of mailing to opt-out of disclosing their identities and contact information to Plaintiff ("Opt-Out Period").

3. The Parties stipulate that the contact information of those individuals on the Potential Class List who timely opt-out pursuant to the above-described notice will not be produced to Plaintiff's counsel. The third party administrator will notify the Parties of the number of potential class members within ten (10) calendar days after the close of the Opt-Out Period. The remaining persons on the Potential Class List shall be produced to Plaintiff's counsel by the third party administrator on a computer spreadsheet (MS Excel) within ten (10) calendar days after the close of the Opt-Out Period.

4. Plaintiff agrees to keep the information on the Potential Class List confidential and that the information contained therein will solely be used in the prosecution of this lawsuit, unless otherwise provided by California law or the California State Bar ethical code of conduct.

5. The Parties agree to split the costs of administration to the third party administrator;

6. The Parties agree to work cooperatively and to provide the neutral third party administrator an opt-out notice and ensure the timeliness of all events outlined in this stipulation.

///

**IT IS SO STIPULATED.**

Dated:   August 14, 2023              MALLISON & MARTINEZ
                                      By:

                                      */s/ Daniel C. Keller (as authorized by on August 11, 2023)*
                                      Stan S. Mallison
                                      Hector R. Martinez
                                      Daniel C. Keller

                                      Attorneys for Plaintiff GLENN FITE


Dated:   August 14, 2023              REED SMITH LLP
                                      By:

                                      */s/ Brittany M. Hernandez*
                                      Jennifer C. Terry
                                      Brittany M. Hernandez

                                      Attorneys for Defendant
                                      SYSCO SACRAMENTO, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# **ORDER**

Pursuant to the above Stipulation, and good cause appearing, IT IS SO ORDERED as follows:

1. The Court hereby approves the Parties' stipulated opt-out procedure and *Belaire* Notice;
2. The costs of the *Belaire* Notice mailing shall be split evenly between the Parties.
3. The Parties shall file a further joint status report within 90 days, at which point such Belaire West administration and productions should be complete, and the Parties can inform the Court of the status of discovery and the expected filing date of Plaintiff's motion for class certification.

Dated: August 14, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE