1  Stan S. Mallison (SBN 184191)
      StanM@TheMMLawFirm.com
2  Hector R. Martinez (SBN 206336)
      HectorM@TheMMLawFirm.com
3  Daniel C. Keller (SBN 332576)
       Dkeller@TheMMLawFirm.com
4  Caroline L. Hill (SBN 349176)
      CHill@themmlawfirm.com
5  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
6  Oakland, CA  94612
   Telephone: (510) 832-9999
7  Facsimile: (510) 832-1101

8  Attorneys for Plaintiff GLENN FITE

9  *[Additional Counsel Listed On Following Page]*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN FITE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SYSCO SACRAMENTO, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-CV-01633-DAD-AC<br><br>**JOINT STIPULATION FOR AN ORDER GRANTING PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT AND TO CONTINUE STATUS CONFERENCE PENDING COMPLETION OF MEDIATION SCHEDULED FOR APRIL 30, 2024; ORDER**<br><br>Complaint Filed:   September 10, 2021<br>Trial Date:              None Set<br><br>Before the Honorable Daniel J. Calabretta |

Case No. 2:21-CV-01633-DJC-AC          – 1 –

JOINT STIPULATION FOR AN ORDER TO GRANT PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT AND TO CONTINUE STATUS CONFERENCE PENDING COMPLETION OF MEDIATION SCHEDULED FOR APRIL 30, 2024; ORDER

1  Jennifer C. Terry (SBN 200541)
      Jennifer.terry@reedsmith.com
2  Brittany M. Hernandez (SBN 299044)
      bmhernandez@reedsmith.com
3  Armine Antonyan (SBN 327220)
      aantonyan@reedsmith.com
4  REED SMITH LLP
5  355 South Grand Ave
   Suite 2800
6  Los Angeles, CA 90071
   Telephone: +1 213 457 8000
7  Facsimile: +1 213 457 8080

8  Attorneys for Defendant
   SYSCO SACRAMENTO, INC.

Case No. 2:21-CV-01633-DJC-AC    – 2 –

JOINT STIPULATION FOR AN ORDER TO GRANT PLAINTIFF LEAVE TO FILE THIRD AMENDED
COMPLAINT AND TO CONTINUE STATUS CONFERENCE PENDING COMPLETION OF MEDIATION
SCHEDULED FOR APRIL 30, 2024; ORDER

Plaintiff Glenn Fite ("Plaintiff") and Defendant Sysco Sacramento, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby submit the following Joint Stipulation for an Order granting Plaintiff leave to file a Third Amended Complaint and to continue the status conference scheduled for February 1, 2024 pending completion of mediation, with reference to the following facts:

WHEREAS, on September 10, 2021, Plaintiff filed a putative class action complaint against Defendants for violation of the Business & Professions Code Section 17200;

WHEREAS, on January 11, 2023, Plaintiff filed a First Amended Complaint;

WHEREAS, on February 13, 2023, Plaintiff filed a Second Amended Complaint ("SAC");

WHEREAS, on December 5, 2023, Plaintiff filed a motion for leave to amend the Operative Complaint to add an additional class representative, David Garcia, as well as five additional claims (causes of action two to six of the proposed Third Amended Complaint ("TAC")) ("Motion"). [Dkt. Nos. 71 and 71-2]. For the Court's reference, a redlined copy of the TAC is attached at Dkt. No. 71-3, which demonstrates the changes to the SAC and a "clean" copy of the TAC is attached at Dkt No. 71-2.;

WHEREAS, the hearing on the Motion and the further Status Conference [Dkt. No. 72] are currently set for **February 1, 2024** at 1:30 p.m.;

WHEREAS, on December 7, 2023, the Court issued an Order setting the following date: Plaintiff to file a motion for class certification no later than May 31, 2024 ("Class Cert. Order") [Dkt. No. 72];

WHEREAS, the Parties have agreed to engage in private mediation in this case and have scheduled mediation for April 30, 2024 with Justice James Lambden (Ret.), who is an experienced wage-and-hour mediator;

WHEREAS, in light of the Parties' agreement to engage in private mediation and in order to conserve resources and to avoid unnecessary judicial intervention and law and motion practice, the Parties agree that in entering this stipulation, Defendant does not waive any of its rights and challenges in this case or any defenses or challenges it has or may have to the pleading and/or claims alleged therein based on the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

stipulation and filing of Plaintiff's TAC. The filing of Plaintiff's TAC is without prejudice to Defendant's rights to move or challenge or otherwise object to the pleading and/or claims alleged therein;

WHEREAS, in the interest of judicial economy and conservation of judicial and party resources, the Parties respectfully request that the February 1, 2024 further Status Conference be continued following mediation to May 28, 2024, or a date thereafter that is convenient for the Court and that the date set in the Class Cert. Order be continued by approximately 120 days;

WHEREAS, counsel for the Parties propose that a post-mediation status report be filed fourteen (14) days after the mediation, on May 14, 2024; and

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant, through their attorneys of record, the following:

1. Plaintiff shall be granted leave to file his TAC (Dkt. No. 71-2) upon the Court's Order granting this Joint Stipulation.

2. Defendant shall have thirty (30) days from Plaintiff's filing and service of the TAC, in which to file and serve a responsive pleading to the TAC. Defendant does not waive any of its rights in this case or any defenses or challenges it has or may have to the pleading and/or claims alleged therein.

3. Plaintiff's Motion for Leave to Amend the Operative Complaint [Dkt. No. 71] is denied as moot; the hearing date for Plaintiff's Motion currently set for February 1, 2024 is vacated.

4. The deadline set for Plaintiff to file a motion for class certification [Dkt. No. 72] be continued to September 27, 2024.

5. The further Status Conference current set for February 1, 2024, should be continued to May 28, 2024, or a date thereafter that is convenient for the Court.

6. The parties shall file a post-mediation status report fourteen (14) days after the scheduled mediation, on May 14, 2024.

/ / /

/ / /

Case No. 2:21-CV-01633-DJC-AC   – 4 –

JOINT STIPULATION FOR AN ORDER TO GRANT PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT AND TO CONTINUE STATUS CONFERENCE PENDING COMPLETION OF MEDIATION SCHEDULED FOR APRIL 30, 2024; ORDER

IT IS SO STIPULATED.

Dated: January 22, 2024

MALLISON & MARTINEZ

By: */s/ Daniel C. Keller* (as authorized on 1/22/24)
Stan S. Mallison
Hector R. Martinez
Daniel C. Keller
Caroline L. Hill

Attorneys for Plaintiff GLENN FITE

Dated: January 22, 2024

REED SMITH LLP

By: */s/ Brittany M. Hernandez*
Jennifer C. Terry
Brittany M. Hernandez
Armine Antonyan

Attorneys for Defendant
SYSCO SACRAMENTO, INC.

Case No. 2:21-CV-01633-DJC-AC   – 5 –

JOINT STIPULATION FOR AN ORDER TO GRANT PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT AND TO CONTINUE STATUS CONFERENCE PENDING COMPLETION OF MEDIATION SCHEDULED FOR APRIL 30, 2024; ORDER

## **ORDER**

Having considered the Joint Stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff Glenn Fite is permitted to file the Third Amended Complaint [Dkt. 71-2] ("TAC") and directed to file the TAC withing seven (7) days after the date of this order.

2. Defendant Sysco Sacramento, Inc. is directed to file a responsive pleading within thirty (30) days of being served with the TAC.

3. Plaintiff Glenn Fite's Motion for Leave to Amend the Operative Complaint [Dkt. No. 71] is denied as moot; the hearing on Plaintiff's Motion, scheduled for February 1, 2024, is hereby vacated.

4. The deadline set in the Order [Dkt. No. 72] for Plaintiff Glenn Fite to file a motion for class certification is continued to September 27, 2024.

5. The Parties shall file a post-mediation status report within fourteen (14) days after completion of mediation.

6. The further Status Conference currently set for February 1, 2024, is continued to May 30, 2024, at 1:30 PM.

IT IS SO ORDERED.

Dated: January 23, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE