Stan S. Mallison (SBN 184191)
  StanM@TheMMLawFirm.com
Hector R. Martinez (SBN 206336)
  HectorM@TheMMLawFirm.com
Daniel C. Keller (SBN 332576)
  Dkeller@TheMMLawFirm.com
Caroline L. Hill (SBN 349176)
  CHill@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA  94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff GLENN FITE

*[Additional Counsel Listed On Following Page]*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN FITE and DAVID GARCIA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SYSCO SACRAMENTO, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-CV-01633-DJC-AC<br><br>**JOINT STIPULATION FOR AN ORDER TO STAY MATTER PENDING COMPLETION OF MEDIATION SCHEDULED FOR OCTOBER 30, 2024; ORDER**<br><br>Complaint Filed:  September 10, 2021<br>Trial Date:          None Set<br><br>Before the Honorable Daniel J. Calabretta |

Jennifer C. Terry (SBN 200541)
Brittany M. Hernandez (SBN 299044)
Rodrigo J. Dryjanski (SBN 312216)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Email: jcterry@reedsmith.com
 bmhernandez@reedsmith.com
 rdryjanski@reedsmith.com

Attorneys for Defendant
SYSCO SACRAMENTO, INC.

Plaintiffs Glenn Fite and David Garcia ("Plaintiffs") and Defendant Sysco Sacramento, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby enter into the following stipulation with reference to the following facts:

WHEREAS, on January 24, 2024, the Court issued an Order granting the Parties' Joint Stipulation which granted Plaintiff leave to file the Third Amended Complaint and continued Plaintiff's deadline to file the Motion for Class Certification to September 27, 2024 [Dkt Nos. 76 and 77];

WHEREAS, the Parties have engaged in further meet and confer discussions and reached an agreement to engage in private mediation in this case which is scheduled for October 30, 2024 with Justice James Lambden (Ret.);

WHEREAS, on July 30, 2024, this Court issued a scheduling order ("July 29th Scheduling Order") setting the following dates: (1) deadline for class certification motion – September 27, 2024; (2) class certification hearing – November 14, 2024; (3) deadline for joint mid-discovery statement – February 14, 2025; (4) deadline for fact discovery – July 1, 2025; (5) deadline for expert disclosure – August 1, 2025; (6) deadline for rebuttal experts – September 1, 2025; (7) deadline for expert discovery – October 1, 2025; (8) deadline for dispositive motions – December 1, 2025; and (9) dispositive motion hearing – January 22, 2026;

WHEREAS, the Parties have agreed that staying this action pending mediation is in the interests of judicial economy and the conservation of judicial and party resources. Thus, the Parties request that this case be stayed in all respects, that all pending class certification deadlines and dates set are hereby vacated, and that the remainder of the dates set in the July 29th Scheduling Order be continued by approximately 90 days;

WHEREAS, the Court has inherent authority to issue a stay of this action pending mediation. *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes of its docket with economy of time and effort for itself, for counsel, and for litigants."); and

WHEREAS, counsel for the Parties propose that a post-mediation status report be filed fourteen (14) days after the mediation, on November 13, 2024. If the matter is not resolved at

mediation, the Parties agree to meet and confer as to class certification and present proposed deadlines to the Court in the post-mediation status report, including: (1) the deadline for class certification motion; and (2) proposed schedule for the opposition and reply deadlines that incorporates expert discovery relating to class certification during class certification briefing.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel of record herein, that:

1. This case should be stayed until the October 30, 2024 mediation.

2. All hearing dates and deadlines to file motions, oppositions, replies and documents related thereto should be vacated so that the Parties can focus their resources on mediation. This includes but is not limited to all deadlines relating to Plaintiffs' Motion for Class Certification set in the Scheduling Order [Dkt No. 83] and Defendant's Motion for Judgment on the Pleadings, until after the Parties complete their scheduled mediation on October 30, 2024.

3. The following deadlines set in the Scheduling Order [Dkt No. 83] should be continued by approximately 90 days as follows: (1) deadline for joint mid-discovery statement – continued to May 15, 2025; (2) deadline for fact discovery – continued to September 29, 2025; (3) deadline for expert disclosure – continued to October 30, 2025; (4) deadline for rebuttal experts – continued to November 30, 2025; (5) deadline for expert discovery – continued to December 30, 2025; (6) deadline for dispositive motions – continued to March 1, 2026; and (7) dispositive motion hearing – continued to April 22, 2026, or a date thereafter that is convenient for the Court.

4. The Parties agree to informally stay all discovery, including the serving and responding to written discovery and depositions, as well as to all deadlines to file motions related to any and all pending discovery. The Parties agree to only resume formal discovery in the event that mediation is cancelled or is unsuccessful–defined by failing to reach a settlement during mediation or by the expiration of a mediator's proposal, whichever date is later. Deadlines for all pending discovery shall resume on the date that mediation is unsuccessful–defined by failing to reach a settlement during mediation or by the expiration of a mediator's proposal, whichever date is later.

5. The Parties shall file a post-mediation status report 14 days after the scheduled mediation, on November 13, 2024.

6. The Parties preserve all claims, defenses, objections, and legal arguments they have or may have in this action. The Parties' stipulation and stay of this action shall not affect or impact the Parties' claims, defenses, objections, or arguments in any regard.

IT IS SO STIPULATED.

Dated: August 7, 2024

MALLISON & MARTINEZ

By: */s/ Daniel C. Keller* (as authorized on 8-5-24)
Stan S. Mallison
Daniel C. Keller
Caroline L. Hill

Attorneys for Plaintiffs GLENN FITE and DAVID GARCIA

Dated: August 7, 2024

REED SMITH LLP

By: */s/ Brittany M. Hernandez*
Jennifer C. Terry
Brittany M. Hernandez
Rodrigo J. Dryjanski

Attorneys for Defendant
SYSCO SACRAMENTO, INC.

**ORDER**

Having considered the Joint Stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. This case is stayed in its entirety until October 30, 2024.

2. All hearing dates and deadlines to file motions, oppositions, replies and documents relate thereto are vacated, including all deadlines relating to Plaintiffs' Motion for Class Certification set in the July 30th Scheduling Order [Dkt No. 83], until after the Parties complete their scheduled mediation on October 30, 2024.

3. The deadlines set in the Scheduling Order [Dkt No. 83] are continued as follows: (1) deadline for joint mid-discovery statement – continued to May 15, 2025; (2) deadline for fact discovery – continued to September 29, 2025; (3) deadline for expert disclosure – continued to October 30, 2025; (4) deadline for rebuttal experts – continued to November 30, 2025; (5) deadline for expert discovery – continued to December 30, 2025; (6) deadline for dispositive motions – continued to March 1, 2026; and (7) dispositive motion hearing – continued to April 30th, 2026.

4. The Parties shall file a post-mediation status report on November 13th, 2024.

IT IS SO ORDERED.

Dated: August 7, 2024               /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE