Stan S. Mallison (SBN 184191)
   StanM@TheMMLawFirm.com
Hector R. Martinez (SBN 206336)
   HectorM@TheMMLawFirm.com
Daniel C. Keller (SBN 332576)
   Dkeller@TheMMLawFirm.com
Caroline L. Hill (SBN 349176)
   CHill@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff GLENN FITE

*[Additional Counsel Listed On Following Page]*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLENN FITE and DAVID GARCIA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SYSCO SACRAMENTO, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-CV-01633-DJC-AC<br><br>**JOINT STIPULATION FOR AN ORDER TO DISMISS THE SIXTH CAUSE OF ACTION AND TO LIMIT THE APPLICABLE LIMITATIONS PERIOD AS TO THE FIFTH CAUSE OF ACTION; ORDER**<br><br>Complaint Filed:  September 10, 2021<br>Third Amended<br>Complaint Filed:  January 24, 2024<br>Trial Date:  None Set<br><br>Before the Honorable Daniel J. Calabretta |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Jennifer C. Terry (SBN 200541)
Brittany M. Hernandez (SBN 299044)
Rodrigo J. Dryjanski (SBN 312216)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Email: jcterry@reedsmith.com
       bmhernandez@reedsmith.com
       rdryjanski@reedsmith.com

Attorneys for Defendant
SYSCO SACRAMENTO, INC.

Case No. 2:21-CV-01633-DJC-AC     – 2 –

JOINT STIPULATION FOR AN ORDER TO DISMISS THE SIXTH CAUSE OF ACTION AND LIMIT THE APPLICABLE LIMITATIONS PERIOD AS TO THE FIFTH CAUSE OF ACTION; ORDER

Plaintiffs Glenn Fite ("plaintiff Fite") and David Garcia ("Plaintiff Garcia") ("Plaintiffs") and Defendant Sysco Sacramento, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby enter into the following stipulation with reference to the following facts:

WHEREAS, on September 10, 2021, Plaintiff Fite filed a putative class action complaint against Defendants for violation of the Business & Professions Code Section 17200;

WHEREAS, on January 11, 2023, Plaintiff Fite filed a First Amended Complaint;

WHEREAS, on February 13, 2023, Plaintiff Fite filed a Second Amended Complaint ("SAC");

WHEREAS, on December 5, 2023, Plaintiff Fite filed a motion for leave to amend the Operative Complaint to add an additional class representative, David Garcia, as well as five additional claims (causes of action two to six of the proposed Third Amended Complaint ("TAC")) ("Motion For Leave") [Dkt. Nos. 71 and 71-2];

WHEREAS, on January 24, 2024, Plaintiffs filed the operative Third Amended Complaint which alleges the following claims: (1) Violation of Unfair Competition Law, California Business & Professions Code Sections 17200, *et seq.*; (2) Failure to pay minimum wages for all hours worked in violation of Labor Code Sections 1194, 1194.2, and 1197; (3) Failure to provide rest periods in violation of Labor Code Section 226.7; (4) Failure to provide meal periods in violation of Labor Code Sections 226.7 and 512; (5) Failure to timely pay wages due at termination in violation of Labor Code Sections 201-203; and (6) Failure to provide accurate wage statements in violation of Labor Code Sections 226, 1174, 1175;

WHEREAS, following meet and confer discussions regarding Defendant's anticipated Motion for Judgment On the Pleadings as to Plaintiffs' Third Amended Complaint based in part on its argument that Plaintiff Garcia's penalties claims do not relate back and time-barred, Plaintiffs agreed to dismiss the sixth cause of action for failure to provide accurate wage statements in violation of Labor Code Sections 226, 1174, 1175 ("Wage Statement Claim") and further agreed to limit the liability period for the fifth cause of action for failure to timely pay wages due at termination in violation of Labor Code Sections 201-203 ("Waiting Time Penalties Claim") based on the filing date of the Motion For Leave. The Parties were unable to reach an agreement as to Defendant's position that the minimum wage, meal and rest period, and derivative claims are preempted.;

WHEREAS, Plaintiffs agree that the Wage Statement Claim shall be dismissed from this action. Specifically, Plaintiff Garcia's individual Wage Statement Claim shall be dismissed with prejudice and the Wage Statement Claim of the unnamed putative class members shall be dismissed without prejudice;

WHEREAS, the Parties agree that the applicable limitations period for the Waiting Time Penalties Claim shall be limited to December 5, 2020 to the present;

WHEREAS, the Parties agree that Defendant does not waive any of its rights and challenges it has or may have to the pleading and/or claims alleged therein, including, but not limited to, any such rights to move or challenge or otherwise object to the pleading and/or claims alleged therein.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel of record herein, that:

1. Plaintiff Garcia's individual Wage Statement Claim shall be dismissed with prejudice and the Wage Statement Claim of the putative class shall be dismissed without prejudice.

2. The statute of limitations for the Waiting Time Penalties Claim shall be limited to December 5, 2020 to the present, based on the date of filing of the Motion For Leave.

3. Defendant does not waive any of its rights or defenses, including any challenges it may have to Plaintiffs' Third Amended Complaint, including, but not limited to, any such rights or defenses to challenge the claims on preemption grounds

IT IS SO STIPULATED.

Dated:      December 20, 2024            MALLISON & MARTINEZ

By:   */s/ Daniel C. Keller* (as authorized on 12-19-24)
      Stan S. Mallison
      Daniel C. Keller
      Caroline L. Hill

      Attorneys for Plaintiffs GLENN FITE and DAVID GARCIA

/ / /

REED SMITH LLP
A limited liability partnership formed in the State of Delaware



1  Dated:      December 20, 2024              REED SMITH LLP

                                                    By:

                                                      */s/ Brittany M. Hernandez*
                                                      Jennifer C. Terry
                                                      Brittany M. Hernandez
                                                      Rodrigo J. Dryjanski

                                                      Attorneys for Defendant
                                                      SYSCO SACRAMENTO, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 2:21-CV-01633-DJC-AC        – 5 –

JOINT STIPULATION FOR AN ORDER TO DISMISS THE SIXTH CAUSE OF ACTION AND LIMIT THE
APPLICABLE LIMITATIONS PERIOD AS TO THE FIFTH CAUSE OF ACTION; ORDER

## **ORDER**

Having considered the Joint Stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. The sixth cause of action for failure to issue accurate itemized wage statements (Labor Code §§ 226, 1174, and 1175) is dismissed. The Court dismisses Plaintiff Garcia's individual wage statement claim with prejudice and the wage statement claim of the putative class members without prejudice.

2. The applicable limitations period for the Waiting Time Penalties Claim (Fifth Cause of Action) shall be limited to December 5, 2020 to the present.

3. Defendant does not waive any of its rights in this case or any defenses or challenges it has or may have to the pleading and/or claims alleged therein.

IT IS SO ORDERED.

Dated: December 20, 2024          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE