STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
CODY A. BOLCE (Bar No. 322725)
   CBolce@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94549
Telephone: 510 832 9999
Facsimile: 510 832 1101

Attorneys for Representative Plaintiffs
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN FITE and DAVID GARCIA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SYSCO SACRAMENTO, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-CV-01633-DJC-AC<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 233**<br><br>*Before the Honorable Daniel J. Calabretta*<br><br>TAC: January 24, 2024<br>Action Filed: September 10, 2021<br>Trial Date: None Set |

**ORDER**

Plaintiffs' Administrative Motion to Extend Deadline to File Motion for Class Certification Pursuant to Local Rule 233 came before the Court. Having considered the papers, arguments of counsel, and all evidence properly before the Court, and good cause appearing, the Court orders as follows:

1. Plaintiffs' motion is granted; and
2. Plaintiffs are granted leave to file their Motion for Class Certification which they shall file no later than July 21, 2025.

**IT IS SO ORDERED.**

Dated: July 10, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE