Jennifer C. Terry (SBN 200541)
Brian M. Noh (SBN 293564)
Brittany M. Hernandez (SBN 299044)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Email: jcterry@reedsmith.com
       bnoh@reedsmith.com
       bmhernandez@reedsmith.com

Attorneys for Defendant
SYSCO SACRAMENTO, INC.

Stan S. Mallison (SBN 184191)
   StanM@TheMMLawFirm.com
Hector R. Martinez (SBN 206336)
   HectorM@TheMMLawFirm.com
Cody A. Bolce (SBN 322725)
   Cbolce@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA  94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs Glenn Fite and David Garcia

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN FITE and DAVID GARCIA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SYSCO SACRAMENTO, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-CV-01633-DJC-AC<br><br>**ORDER**<br><br>Complaint Filed:   September 10, 2021<br>TAC Filed:             January 24, 2024<br>Trial Date:              None Set<br><br>Before the Honorable Daniel J. Calabretta |

# **ORDER**

Having considered the Joint Stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's deadline to file its Opposition to Plaintiffs' Motion for Class Certification shall be continued from September 15, 2025 to October 30, 2025;

2. Plaintiffs' deadline to file their Reply in support of Plaintiffs' Motion for Class Certification shall be continued from November 14, 2025 to December 29, 2025;

3. The hearing on Plaintiffs' Motion for Class Certification shall be continued from December 4, 2025 to January 22, 2026, at 1:30 PM;

4. The deadlines set in the Scheduling Order [Dkt No. 85] are continued as follows:

    a. Deadline for fact discovery, continued from September 29, 2025 to November 13, 2025

    b. Deadline for expert disclosure, continued from October 30, 2025 to December 15, 2025

    c. Deadline for rebuttal experts, continued from November 30, 2025 to January 14, 2026

    d. Deadline for expert discovery, continued from December 30, 2025 to February 13, 2026

    e. Deadline for dispositive motions, continued from March 1, 2026 to April 15, 2026

    f. Dispositive motion hearing, continued from April 30, 2026 to June 25, 2026, at 1:30 PM

5. Neither party waives any of their rights or defenses by entering into this stipulation, including any challenges they may have in connection with Plaintiffs' Motion for Class Certification.

Dated: August 13, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE