1  Stan S. Mallison (SBN 184191)
      StanM@TheMMLawFirm.com
2  Hector R. Martinez (SBN 206336)
      HectorM@TheMMLawFirm.com
3  Cody A. Bolce (SBN 322725)
      Cbolce@TheMMLawFirm.com
4  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
5  Oakland, CA  94612
   Telephone: (510) 832-9999
6  Facsimile: (510) 832-1101

7  Attorneys for Plaintiffs GLENN FITE and
   DAVID GARCIA

8
   *[Additional Counsel Listed On Following Page]*
9

10              **UNITED STATES DISTRICT COURT**

11            **EASTERN DISTRICT OF CALIFORNIA**

12

13  GLENN FITE and DAVID GARCIA,              Case No. 2:21-CV-01633-DJC-AC
    individually, and on behalf of all others
14  similarly situated,                       **JOINT STIPULATION FOR AN ORDER
                                              TO STAY MATTER PENDING
15              Plaintiffs,                    COMPLETION OF MEDIATION;
                                              ORDER**
16      vs.
                                              Complaint Filed:    September 10, 2021
17  SYSCO SACRAMENTO, INC., a Delaware        Trial Date:         None Set
    Corporation; and DOES 1-50, inclusive,
18
                Defendants.                    Before the Honorable Daniel J. Calabretta
19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Jennifer C. Terry (SBN 200541)
   Brian M. Noh (SBN 293564)
2  Brittany M. Hernandez (SBN 299044)
   REED SMITH LLP
3  515 South Flower St., Suite 4300
   Los Angeles, CA  90071-1514
4  Telephone: +1 213 457 8000
   Facsimile: +1 213 457 8080
5  Email: Jennifer.terry@reedsmith.com
6          bnoh@reedsmith.com
           bmhernandez @reedsmith.com
7
   Attorneys for Defendant
8  SYSCO SACRAMENTO, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

JOINT STIPULATION FOR AN ORDER TO STAY MATTER PENDING COMPLETION OF MEDIATION
SCHEDULED FOR OCTOBER 30, 2024; ORDER

Plaintiffs Glenn Fite and David Garcia ("Plaintiffs") and Defendant Sysco Sacramento, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby enter into the following stipulation with reference to the following facts:

WHEREAS, on September 10, 2021, Plaintiff Fite filed a putative class action complaint against Defendant for violation of the Business & Professions Code Section 17200;

WHEREAS, on January 24, 2024, Plaintiffs filed the operative Third Amended Complaint which alleges the following claims: (1) Violation of Unfair Competition Law, California Business & Professions Code Sections 17200, *et seq.*; (2) Failure to pay minimum wages for all hours worked in violation of Labor Code Sections 1194, 1194.2, and 1197; (3) Failure to provide rest periods in violation of Labor Code Section 226.7; (4) Failure to provide meal periods in violation of Labor Code Sections 226.7 and 512; (5) Failure to timely pay wages due at termination in violation of Labor Code Sections 201-203; and (6) Failure to provide accurate wage statements in violation of Labor Code Sections 226, 1174, 1175;

WHEREAS, on August 6, 2024, the Parties entered into a Joint Stipulation for an Order to Stay Matter Pending Completion of Mediation [Dkt No. 84] that memorialized their agreement to continue various deadlines in the scheduling order;

WHEREAS, on August 8, 2024, the Court granted the Parties' Joint Stipulation for an Order to Stay Matter Pending Completion of Mediation [Dkt No. 85] and continued the deadlines in this matter as follows: (1) deadline for fact discovery, September 29, 2025, (2) deadline for expert disclosure, October 30, 2025, (3) deadline for rebuttal experts, November 30, 2025, (4) deadline for expert discovery, December 30, 2025, (5) deadline for dispositive motions, March 1, 2026, and (6) dispositive motion hearing, April 30, 2026.

WHEREAS, on November 13, 2024, the Parties filed a Post-Mediation Status Report [Dkt. No. 86] that memorialized their proposed briefing schedule for Plaintiffs' motion for class certification. Under that stipulation, the Parties agreed that Defendant's Opposition to the Motion for Class Certification would be filed and served 60 days after the motion for class certification was filed, and that Plaintiffs' Reply in support of the Motion for Class Certification would be filed and served 60 days thereafter;

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    WHEREAS, on November 13, 2024, the Court adopted the Parties' proposed briefing schedule

2    [Dkt No. 87];

3    WHEREAS, on July 17, 2025, Plaintiffs filed a Motion for Class Certification [Dkt No. 108];

4    WHEREAS, on August 7, 2025, the Court granted the Parties' Joint Stipulation for an Order

5    To Modify Briefing Schedule Regarding Motion For Class Certification And Scheduling Order  [Dkt

6    No. 110] pursuant to the Parties' prior stipulation [Dkt. No. 109], and continued the deadlines in this

7    matter as follows: (1) deadline for fact discovery, November 13, 2025, (2) deadline for expert

8    disclosure, December 15, 2025, (3) deadline for rebuttal experts, January 14, 2026, (4) deadline for

9    expert discovery, February 13, 2026, (5) deadline for dispositive motions, April 15, 2026, and (6)

10   dispositive motion hearing, June 15, 2026.

11   WHEREAS, the Parties have engaged in further meet and confer discussions and reached an

12   agreement to engage in private mediation in this case within 120 days, with a mutual agreeable

13   mediator.  The Parties will provide notice of the mediation date to the Court upon confirmation.

14   WHEREAS, the Parties have agreed that staying this action pending mediation is in the

15   interests of judicial economy and the conservation of judicial and party resources.  Thus, the Parties

16   request that this case be stayed in all respects, that all pending class certification deadlines and dates set

17   are hereby vacated, and that the remainder of the dates set in the August 7th Order be continued by

18   approximately 150 days;

19   WHEREAS, the Court has inherent authority to issue a stay of this action pending mediation. *Landis*

20   *v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936) ("[T]he power to stay proceedings is incidental to the power

21   inherent in every court to control the disposition of the causes of its docket with economy of time and effort

22   for itself, for counsel, and for litigants."); and

23   WHEREAS, counsel for the Parties propose that a post-mediation status report be filed

24   fourteen (14) days after the mediation.  If the matter is not resolved at mediation, the Parties agree to

25   meet and confer as to class certification and present proposed deadlines to the Court in the post-

26   mediation status report, including proposed schedule for the opposition and reply deadlines that

27   incorporates expert discovery relating to class certification during class certification briefing.

28   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Parties, through their respective counsel of record herein, that:

1.      This case should be stayed until mediation.

2.      All hearing dates and deadlines to file motions, oppositions, replies and documents related thereto should be vacated so that the Parties can focus their resources on mediation.  This includes but is not limited to all deadlines relating to Plaintiffs' Motion for Class Certification set in the August 7, 2025 Order [Dkt No. 110].

3.      The following deadlines set in the Scheduling Order [Dkt No. 110] should be continued by approximately 150 days as follows: (1) deadline for fact discovery – continued to April 12, 2026, (2) deadline for expert disclosure – continued to May 14, 2026, (3) deadline for rebuttal experts – continued to June 13, 2026, (4) deadline for expert discovery – continued to July 13, 2026, (5) deadline for dispositive motions, April 15, 2026 – continued to September 12, 2026, and (6) dispositive motion hearing – continued to November 12, 2026, or dates thereafter that are convenient for the Court.

4.      The Parties agree to informally stay all discovery, including the serving and responding to written discovery and depositions, as well as to all deadlines to file motions related to any and all pending discovery.  The Parties agree to only resume formal discovery in the event that mediation is cancelled or is unsuccessful–defined by failing to reach a settlement during mediation or by the expiration of a mediator's proposal, whichever date is later.  Deadlines for all pending discovery shall resume on the date that mediation is unsuccessful–defined by failing to reach a settlement during mediation or by the expiration of a mediator's proposal, whichever date is later.

5.      The Parties shall file a post-mediation status report 14 days after the scheduled mediation.

6.      The Parties preserve all claims, defenses, objections, and legal arguments they have or may have in this action.  The Parties' stipulation and stay of this action shall not affect or impact the Parties' claims, defenses, objections, or arguments in any regard.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    IT IS SO STIPULATED.

2

3    Dated:    September 16, 2025                MALLISON & MARTINEZ

                                    By:

4                                        /s/
                                        Stan S. Mallison
5                                        Cody Bolce

6                                        Attorneys for Plaintiffs GLENN FITE and
                                        DAVID GARCIA

7

8    Dated:    September 16, 2025                REED SMITH LLP

                                    By:

9                                        /s/ Brittany M. Hernandez
                                        Jennifer C. Terry
10                                       Brian Noh
                                        Brittany M. Hernandez
11
                                        Attorneys for Defendant
12                                       SYSCO SACRAMENTO, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR AN ORDER TO STAY MATTER PENDING COMPLETION OF MEDIATION
SCHEDULED FOR OCTOBER 30, 2024; ORDER

1    **ORDER**

2    Having considered the Joint Stipulation and good cause appearing, IT IS HEREBY ORDERED

3    that:

4        1.    This case is stayed in its entirety for 120 days.

5        2.    All hearing dates and deadlines to file motions, oppositions, replies and documents

6    related thereto should be vacated so that the Parties can focus their resources on mediation.  This

7    includes but is not limited to all deadlines relating to Plaintiffs' Motion for Class Certification set in

8    the August 7, 2025 Order [Dkt No. 110].

9        3.    The deadlines set in the August 7, 2025 Order [Dkt No. 110] should be continued by

10    approximately 150 days as follows: (1) deadline for fact discovery – continued to April 12, 2026, (2)

11    deadline for expert disclosure – continued to May 14, 2026, (3) deadline for rebuttal experts –

12    continued to June 13, 2026, (4) deadline for expert discovery – continued to July 13, 2026, (5) deadline

13    for dispositive motions, April 15, 2026 – continued to September 12, 2026, and (6) dispositive motion

14    hearing – continued to November 5, 2025, at 1:30 PM, (7) Final Pretrial Conference set for February

15    11, 2027, at 1:30 PM, (8) Jury Trial set for April 12, 2027, at 8:30 AM.

16        4.    The Parties shall file a post-mediation status report no later than January 27, 2026.

17

18    IT IS SO ORDERED.

19

20    Dated:  September 15, 2025              /s/ Daniel J. Calabretta

21                                                                THE HONORABLE DANIEL J. CALABRETTA
                                                                   UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware